

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:08CR431 |
| | ) |
| v. | ) |
| | ) |
| | ) Count 1 : 21 U.S.C. § 846 |
| | ) (Conspiracy to Distribute 50 grams or more |
| | ) of Cocaine Base) |
| JABAR WHITE and | ) |
| | ) |
| JOHN BERRYMAN, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

OCTOBER 2008 TERM – AT ALEXANDRIA

Count 1

THE GRAND JURY CHARGES THAT:

Beginning in or about the Fall of 2005 and continuing up to and including in or about October 2008, in Fredericksburg, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants JABAR WHITE and JOHN BERRYMAN did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown to the grand jury, to unlawfully, knowingly, and intentionally distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly

known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

A TRUE BILL

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

_____
FOREPERSON OF THE GRAND JURY

Date: _____

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Steven D. Mellin
Assistant United States Attorney

2