FILED
NOV - 4 2009
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

11-02-09

Jabar White 63508-066
FCI Fort Dix
P.O. Box 7000
Fort Dix, N.J 08640

Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, Va. 22314-5704

RE: Notice of appeal -
U.S.A. V. Jabar White
108CR00 431-01

Notice of appeal

I would like to appeal my sentence

Jabar White
63508-066
P.O. Box 7000
Fort Dix, NJ 08640

TRENTON NJ 086
02 NOV 2009 PM 1 T

Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria Va. 22314-5704